UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CORBIN HOWARD, *et al.*,

    Plaintiffs,

vs.

PREBLE COUNTY SHERIFF
MIKE SIMPSON, *et al.*,

    Defendants.

Case No. 3:18-cv-410

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

___

**ORDER AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 2)**
___

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #2) is **ADOPTED** in full; and (2) Plaintiffs' motion for leave to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**. Plaintiffs shall pay the required filing fee within 14 days from the entry of this Order. Plaintiffs are **NOTIFIED** that the failure to pay the required filing fee as ordered may result in the dismissal of this case for failure to prosecute.

    **IT IS SO ORDERED.**

Date:  January 28, 2019

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge