UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CORBIN J. HOWARD, *et al.*,

      Plaintiffs,

v.

PREBLE COUNTY SHERIFF, *et al.*,

      Defendants.

Case No.: 3:18-cv-410

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF A DISPOSITIVE MOTION**

---

      You are hereby notified that the Defendant(s) have filed a dispositive motion in your case. *See* doc. 21. The Court's decision on such a motion may result in the dismissal of some or all of your claims. You should have received a copy of the motion directly from the Defendant(s) via regular mail. Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court (*see* https://www.ohsd.uscourts.gov/Local-Rules).

Date:  April 11, 2019

      *s/ Michael J. Newman*
      Michael J. Newman
      United States Magistrate Judge