UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CORBIN HOWARD, *et al.*,

    Plaintiffs,

vs.

PREBLE COUNTY SHERIFF, *et al.*,

    Defendants.

Case No. 3:18-cv-410

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

## ORDER

---

This civil case is before the Court on a captioned, but untitled, document mailed to the Court by *pro se* Plaintiffs. Doc. 32. Although the undersigned previously granted *pro se* Plaintiffs leave to file an amended complaint, the untitled document filed does not appear to be a complaint for a number of reasons, including the fact it does not comply with the requirements of Fed. R. Civ. P. 10(a) or (b) -- *i.e.*, Plaintiffs do not "name all the parties" in the caption and their claims are not set forth "in numbered paragraphs . . . limited as far as practicable to a single set of circumstances." From the undersigned's perspective, the untitled document resembles a memorandum in opposition to Defendants' motion for judgment on the pleadings.

Accordingly, the undersigned **ORDERS** that the Clerk amend the docket to reflect that *pro se* Plaintiffs' untitled document (doc. 32) is a memorandum in opposition to Defendants' motion for judgment on the pleadings. Given the confusion caused by the untitled document, Defendants may file a reply memorandum in support of their motion for judgment on the pleadings within 14 days from the entry of this Order. Because *pro se* Plaintiffs have failed to file an amended complaint within the time permitted by the undersigned in the Notation Order docketed on April 30, 2019, this case shall proceed on *pro se* Plaintiffs' original complaint.

An Order on Defendants' motion for judgment on the pleadings will issue by separate entry following expiration of the 14-day period in which Defendants may file a reply.

**IT IS SO ORDERED.**

Date:   May 21, 2019                             s/ Michael J. Newman
                                                                                   Michael J. Newman
                                                                                   United States Magistrate Judge