# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Corbin J. Howard and Emily R. Howard,**

      *Plaintiffs,*

v.

**Preble County Sheriff, et al.,**

      *Defendants.*

Case No. 3:18-cv-410

Judge Thomas M. Rose

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE NEWMAN (ECF 41) THAT (1) DEFENDANTS' TWO MOTIONS FOR JUDGMENT ON THE PLEADINGS (ECF 21, 26) BE GRANTED; (2) PLAINTIFFS' COMPLAINT BE DISMISSED; AND (3) THIS CASE BE TERMINATED ON THE COURT'S DOCKET.**

---

Pending before the Court is a Report and Recommendations of United States Magistrate Judge Michael J. Newman, (ECF 41), that recommends that Defendants' motions for judgment on the pleadings (ECF 21, 26) be granted; that Plaintiffs' complaint be dismissed; and that this case be terminated on the Court's docket.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that the Report and Recommendation is correct. Wherefore, the Court **ADOPTS** Report and Recommendations of United States Magistrate Judge Michael J. Newman, (ECF 41), **GRANTS** Defendants' motions for judgment on the pleadings (ECF 21, 26); **DISMISSES** *pro se* Plaintiffs'

claims; and **TERMINATES** this case on the dockets of the District Court of the United States for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Friday, November 15, 2019.

                                                                           s/Thomas M. Rose
                                                    _____
                                                            THOMAS M. ROSE
                                            UNITED STATES DISTRICT JUDGE